Morgan White, Esq.
Crowson Law Group
637 A Street
Anchorage, AK 99501
(907) 677-9393 Telephone
(907) 677-9310 Facsimile
Email: Morgan@crowsonlaw.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STEPHANIE MICHEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES GOVERNMENT,<br><br>Defendant. | CASE NO.<br><br>COMPLAINT FOR CIVIL DAMAGES (Personal Injury) |

## COMPLAINT

COMES NOW, Plaintiff STEPHANIE MICHEL by and through counsel Crowson Law Group, hereby files suit against THE UNITED STATES GOVERNMENT regarding the conduct of Guillermo Plummer, alleging as follows:

1. This action is brought pursuant to the Federal Tort Claims Act against Guillermo Plummer and The United States Government, which vests exclusive subject matter jurisdiction of the Federal Tort Claims Act in the Federal District Court.

2. Venue is proper in Alaska District Court, because the conduct giving rise to this

*COMPLAINT*
*Michel v, The United States Government*
Page 1 of 3

Crowson Law Group

637 A Street
Anchorage, Alaska 99501

907-677-9393

850 S. Roberts St.
Suite #500
Wasilla, Alaska 99654

action took place in Anchorage, Alaska.

3.  This is an action for damages arising out of personal injuries sustained by Plaintiff STEPHANIE MICHEL ("MICHEL") on or about December 31, 2019.

4.  Plaintiff is informed and believes and therefore alleges that Defendant, THE UNITED STATES GOVERNMENT and GUILLERMO PLUMMER ("PLUMMER"), an employee of the U.S. Department of Veteran Affairs, for all times mentioned herein, was and is a resident of Eagle River, Alaska.

5.  At all times herein mentioned, Defendant PLUMMER, while in the course and scope of work, was the driver of Gray Ford, Alaska license plate number 1457W.

6.  At all times herein mentioned, Plaintiff MICHEL was the driver of a Black Ford, Alaska license plate number JBJ514.

7.  On or about December 31, 2019, at approximately 1:25 PM, Plaintiff MICHEL was heading south bound on C Street approaching West 31st Avenue.

8.  On or about December 31, 2019, at approximately 1;25 PM, Defendant PLUMMER was also travelling south bound on C Street in the #2 lane approaching West 31st Avenue in an attempt to turn into the VA Domicile.

9.  On or about December 31, 2019, at approximately 1:25 PM, Defendant PLUMMER collided with Plaintiff's front passenger side of the vehicle.

10. On the occasion in question, Defendant PLUMMER was negligent in the following particulars, among others, to-wit:

   a. Failure to exercise due care;

   b. Failure to give full time and attention;

   c. Failure to keep a proper lookout;
CROWSON
LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393

850 S. ROBERTS ST.
SUITE #500
WASILLA, ALASKA
99654

*COMPLAINT*
*Michel v, The United States Government*
Page 2 of 3

d. Improper turn;

   e. Wrong lane;

   f. Negligent driving.

11. The collision referenced above was due to the negligence of Defendant PLUMMER.

12. As a direct and proximate result of the collision described above, Plaintiff MICHEL sustained injuries; incurred medical bills and expenses; and endured pain and suffering.

13. The injuries, grievances and damages as alleged were caused by the carelessness and negligence of Defendant PLUMMER.

WHEREFORE, Plaintiff STEPHANIE MICHEL prays for judgment against THE UNITED STATES GOVERNMENT as follows:

1. For compensatory damages for pain, suffering, and other non-economic loss, and medical and incidental expenses in an amount to be determined by the trier of fact;

2. For attorneys' fees and costs of this action as provided by law and court rule;

3. For prejudgment interest authorized by law; and

4. For such other and further relief as the court deems just and proper.

DATE: 7-29-21

CROWSON LAW GROUP
*Attorneys for Plaintiff*

By: _____
Morgan White
Alaska Bar No. 0605009

CROWSON LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393

850 S. ROBERTS ST.
SUITE #500
WASILLA, ALASKA
99654